IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY BROWN,

    Petitioner,

v.

                      Case No. 17-cv-96-wmc

MICHAEL DITTMANN,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 4/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |